**Richard Pivoda, Plaintiff-Appellee, v. Thomas Wood, Trading as Thomas Wood and Sons, Defendant-Appellant.**

Gen. No. 9,778.

Pope & Driemeyer, for appellant; Morris B. Chapman, and Manuel Wiseman, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 6, 1951; rehearing granted January 4, 1952; new opinion filed February 6, 1952; released for publication March 4, 1952.